Jeremy C. Reutzel (10692)
BENNETT TUELLER JOHNSON & DEERE
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Email: jreutzel@btjd.com

*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BEACH BAGS SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LOGICC MARKETING, LLC d/b/a SHOREHOLD, <br><br> Defendant. | **MOTION FOR PRO HAC VICE ADMISSION** <br><br> **(Jeffrey W. Johnson)** <br><br> Civil No. 2:26-cv-00661-TC <br><br> Judge: Tena Campbell |

I move for the pro hac vice admission of Jeffrey W. Johnson as counsel for Plaintiff Beach Bags Services, LLC, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 14th day of July, 2026.

BENNETT TUELLER JOHNSON & DEERE

*/s/ Jeremy C. Reutzel*
Jeremy C. Reutzel
*Attorneys for Plaintiff*